# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| TYRON LARON COOKS, | * | |
| Petitioner, | * | |
| v. | * | CR 112-254 |
| | * | CV 114-091 |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## O R D E R

Presently pending before the Court is Petitioner's motion to reopen. (Crim. Doc. no. 41; Civ. Doc. no. 7.) On April 8, 2014, Petitioner filed a motion to vacate under 28 U.S.C. § 2255. Thereafter, the Magistrate Judge entered a Report and Recommendations ("R&R") recommending dismissal of the section 2255 motion and an Order directing service of the R&R. The docket reflects that the R&R was mailed to Petitioner at FCI Edgefield. No objections were made and the Court adopted the R&R on May 23, 2014. Judgment was entered the same day. On June 12, 2014, Petitioner filed a sworn and notarized motion to reopen, stating that he was never served the R&R and requesting renewed service and an opportunity to object.

Upon due consideration and in an abundance of caution to ensure Petitioner an opportunity to be heard, Petitioner's motion to reopen (Crim. Doc. no. 41; Civ. Doc. no. 7) is **GRANTED**. The Judgment dismissing the section 2255 motion (Crim. Doc. no. 40; Civ

Doc. no. 6) is hereby **VACATED**, and this case is **REOPENED**. The **CLERK** is **DIRECTED** to re-serve upon Plaintiff the April 25, 2014 R&R and accompanying Order (Crim. Doc. nos. 37, 38; Civ. Doc. nos. 3, 4) and serve this Order. Petitioner shall have **21 days** from the date of this Order to file objections to the R&R.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of August, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA